ARTHUR E. DOWLER and Another, Respondents, v. SAMUEL M. BRACHMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

LAURA HELM, Respondent, v. THE ROMAN BATH COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ISAAC CONKLIN, Appellant, v. JENNIE SAXL and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

FANNIE KLETZKY, Appellant, v. SAMUEL STRASBOURGER, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.; Scott, J., dissented.

MARY A. WILLIAMS and Another, Respondents, v. SARAH D. DONOVAN, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORWOOD PARK REALTY COMPANY, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ANNIE M. MURPHY, as Administratrix, etc., Appellant, v. THE CENTURY HOLDING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

GIUSEPPE SCACCELLA, Appellant, v. BALTIMORE AND OHIO RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

LOUIS KRAM, Respondent, v. JEWISH WORLD PUBLISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, by the Corporation Counsel, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation which Should Justly Be Made for the Discontinuance and Closing of West One Hundred and Fifty-first Street, etc. MORGAN J. O'BRIEN and Another, as Executors, etc., of FRANCIS HIGGINS, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements, on same case (149 App. Div. 55). Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.; Clarke, P. J., dissented on dissenting opinion in that case.

JAMES MURPHY, an Infant, etc., Respondent, v. OLIN J. STEPHENS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

JAMES MURPHY, Respondent, v. OLIN J. STEPHENS, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.